STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Harry Karl Burdette
The Glenn Armentor Law Corp.
300 Stewart St.
Lafayette LA 70501

**REHEARING ACTION: April 22, 2009**

**Docket Number: 08   00887-CA**

**ANTHONY STEVISON
VERSUS
CHARLES ST. DIZIER, LTD., ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-5665**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks
   Hon. John D. Saunders
   Hon. Jimmie C. Peters**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Anthony Stevison** has this day been

   **DENIED.**

cc: Maurice L. Tynes, Counsel for the Appellee